AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

TODD ALLEN BEVERLY,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                                           CASE NUMBER: **3:08-cv-00012-RCJ-VPC**

WARDEN JACK PALMER, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (Document No. 1) is DENIED IN ITS ENTIRETY.

  March 18, 2011                              **LANCE S. WILSON**
                                                         Clerk

                                                /s/ Katie Lynn Ogden
                                                   Deputy Clerk