AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

TODD ALLEN BEVERLY,

           Petitioner,

V.

WARDEN JACK PALMER, et al.,

           Respondents.

**AMENDED**

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00012-RCJ-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (Document No. 3) is DENIED IN ITS ENTIRETY.

  __March 21, 2011__

                        **LANCE S. WILSON**
                             Clerk

                        /s/ Katie Lynn Ogden
                           Deputy Clerk